# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVIS DEMOND JOSEPH

NO. 2024 KW 1222

**JANUARY 17, 2025**

---

In Re:   Travis Demond Joseph, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 18-161.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**

**HG**

**Miller, J.,** dissents and would deny the writ on the showing made. The record before us does not contain sufficient information to determine the disposition of the various motions.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT